# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416–1 | User: ealexandr | Date Created: 4/5/2010 |
| Case: 10–17312 | Form ID: ntcprop | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     J. Michael ^1Broumas     michael@broumas.com

                                                                                   TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sheila Maureen McCabe     1482 Breezewood Court     Annapolis, MD 21409

                                                                                    TOTAL: 1