UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE)

IN RE:

SHEILA MAUREEN MCCABE

    Debtor(s).

\* \* \* \* \* \*

CHRYSLER FINANCIAL SERVICES AMERICAS LLC

    Movant

vs.

SHEILA MAUREEN MCCABE

and

SEAN C. LOGAN

    Respondent(s).

Case No. 10-17312-RG

Chapter 7

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER CONFIRMING TERMINATION OF THE AUTOMATIC STAY

The Motion of Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas LLC ("CFS") to Confirm

1

Termination of the Automatic Stay having been read and considered by this Court, for good cause appearing, it is

ORDERED, that termination of the automatic stay imposed under 11 U.S.C. § 362(a) is confirmed as to CFS and the 2005 Jeep Liberty, VIN 1J4GL48KX5W602647 ("Vehicle"); and it is

FURTHER ORDERED, that if the Contract and applicable non-bankruptcy law permits, CFS be and hereby is entitled to possession of the Vehicle, which is the subject of said Motion, is authorized to sell and/or dispose of the Vehicle, and is authorized to proceed with any and all other remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code; and it is

FURTHER ORDERED, in the event of repossession and sale or other disposition of the Vehicle, DaimlerChrysler shall provide the Trustee and the Debtor with a report of sale within 30 days of the date of the sale; and it is

FURTHER ORDERED, that in the event this bankruptcy case is converted to any other Chapter of the Bankruptcy Code, as now or hereafter amended, this Order shall remain in full force and effect.

cc:   H. Tucker Dewey, Esquire
      Hale Dewey & Knight, PLLC
      88 Union Ave., Suite 700
      Memphis, TN 38103

      J. Michael Broumas
      8370 Court Avenue, Suite 203
      Ellicott City, MD 21043

      Sean C. Logan
      2530 Riva Road, Suite 400
      Annapolis, MD 21401

Sheila Maureen McCabe
1482 Breezewood Court
Annapolis, MD 21409

**End of Order**