Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:   10–17312     Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sheila Maureen McCabe
*debtor has no known aliases*
1482 Breezewood Court
Annapolis, MD 21409

Social Security No.:   xxx–xx–9523

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 4/4/10

# FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Sean C Logan is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 8/10/10

*Robert A. Gordon*
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: ealexandr           Page 1 of 1              Date Rcvd: Aug 10, 2010
Case: 10-17312                Form ID: fnldec           Total Noticed: 1

The following entities were noticed by first class mail on Aug 12, 2010.
db           +Sheila Maureen McCabe,   1482 Breezewood Court,   Annapolis, MD 21409-5422

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2010**                    **Signature:**    _Joseph Speetjens_